## Ex Parte A. J. Malone.

Motion No. 11,562.
Decided in Chambers October 26, 1934.
(75 S. W., 2d Series, 875.)

*Taylor & Irwin,* of Dallas for relator.

MR. CHIEF JUSTICE CURETON delivered the opinion of the court.

The Court having considered the petition for writ of habeas corpus to which this order is attached, has concluded that it is not able to say that the judgment of the Court of Civil Appeals punishing the relator for contempt is void,—and, accordingly, it is its duty to decline to issue the writ of habeas corpus prayed for.